No. 41, Misc.  THOMPSON v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se*.  *Ivan A. Elliott*, Attorney General of Illinois, for respondent.

No. 105, Misc.  HAIDAS ET AL. v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioners *pro se*.  *Ivan A. Elliott*, Attorney General of Illinois, for respondent.

No. 168, Misc.  MILANKO ET AL. v. AUSTIN ET AL.  Supreme Court of Missouri.  Certiorari denied.  *Frank Mashak* for petitioners.

No. 193, Misc.  ROBERTS v. WESTERN PACIFIC RAILROAD CO.  District Court of Appeal of California, First Appellate District.  Certiorari denied.  Petitioner *pro se*.  *Harriet P. Tyler* for respondent.

No. 194, Misc.  UNITED STATES EX REL. ROBERTS ET AL. v. WESTERN PACIFIC RAILROAD CO.  C. A. 9th Cir.  Certiorari denied.  Petitioners *pro se*.  *Harriet P. Tyler* for respondent.

No. 204, Misc.  DOLAN v. ALVIS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 215, Misc.  CASH v. NEW JERSEY.  Superior Court of New Jersey, Appellate Division.  Certiorari denied.

No. 221, Misc.  STEELE v. JACKSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 228, Misc.  HIDDEN v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.